Andre RAHIM/HUNTER, Appellant,

v.

Eric BOWMAN, CO–I, East Arkansas Regional Unit, ADC; Larry Norris, Director, Arkansas Department of Correction; Ray Hobbs, Chief Deputy Director, Arkansas Department of Correction; G. Harmon, Warden, East Arkansas Regional Unit, ADC; Mrs. Tobar, Sgt., East Arkansas Regional Unit; Arthur Brown, CO–I, East Arkansas Regional Unit, ADC, Appellees.

No. 06–1167.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 19, 2006.

Filed: Sept. 28, 2006.

Andre Rahim/Hunter, Grady, AR, pro se.

Jonathan A. Weems, Arkansas Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

Inmate Andre Rahim/Hunter appeals the district court's [1] dismissal of his 42

1. The Honorable H. David Young, United   States Magistrate Judge for the Eastern Dis-

U.S.C. § 1983 action after a pretrial evidentiary hearing. We grant him in forma pauperis status, leaving the fee-collection details to the district court. *See Henderson v. Norris*, 129 F.3d 481, 483–85 (8th Cir.1997) (per curiam). We find no abuse of discretion in the district court's Federal Rule of Civil Procedure 4(m) dismissal without prejudice of the claims against defendant officers Eric Bowman and Arthur Brown. *See Edwards v. Edwards*, 754 F.2d 298, 298 (8th Cir.1985) (per curiam). Having carefully reviewed the audiotape of the evidentiary hearing, *see Johnson v. Cowell Steel Structures, Inc.*, 991 F.2d 474, 478 (8th Cir.1993), we agree with the district court's assessment of Rahim/Hunter's claims against the remaining parties.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

trict of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).